**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MYNOR GEOVANY SUCUC SAJBOCHOL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-576-J |
| | ) | |
| FRED FIGUEROA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

On February 5, 2026, Petitioner Mynor Geovany Sucuc Sajbochol filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  *See* Case No. CIV-26-193-J.  On March 23, 2026, Petitioner Mynor Geovany Sucuc Sajbochol filed a second Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, *see* [Doc. No. 1], asserting substantially similar facts and claims to those asserted in Case No. CIV-26-193-J.  In light of Petitioner's previously filed petition, the Court DISMISSES this case without prejudice.

IT IS SO ORDERED this 28th day of April, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE