## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

MYNOR GEOVANY SUCUC SAJBOCHOL, )
                                         )

           Petitioner,         )

v.                                )     Case No. CIV-26-576-J

FRED FIGUEROA, et al.,       )

           Respondents.     )

## JUDGMENT

Pursuant to the Order filed this same day, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of April, 2026.

_____

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE